FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D17-5016
_____

KEVIN SCOTT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

February 25, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., concur.


_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kevin Scott, pro se, Appellant.

Ashley B. Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.